**No. 39501.**—Protests 636493–G, etc., of Paolo Alonge & Bro. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) the protests were sustained.